PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
JUN 17 2021
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

v.

THOMAS PATRICK DAY, aka Patrick Day

                Defendants.

CASE NO. 1:21-CR-00164 DAD BAM

MOTION AND PROPOSED ORDER TO SEAL INDICTMENT

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on June 17, 2021 charging the above defendant with violations of 18 U.S.C. § 2115 – Burglary of United States Post Office, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto,

///

///

///

Motion to Seal Indictment                 1

except when necessary for the issuance and execution of the warrants.

DATED: June 17, 2021          Respectfully submitted,

                              PHILLIP A. TALBERT
                              Acting United States Attorney

                              By      /s/ JOSEPH BARTON
                                      JOSEPH BARTON
                                      Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: June 17, 2021

                                      STANLEY A. BOONE
                                      U.S. Magistrate Judge

Motion to Seal Indictment                   2