UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>     v.<br><br>THOMAS PATRICK DAY, aka Patrick Day,<br><br>                      Defendant. | CASE NO. 1:21-CR-00164-DAD-BAM<br><br>UNSEALING ORDER |

Good cause appearing due to the defendant's pending initial appearance in this Court, it is hereby ordered that the indictment, arrest warrant, and other court filings in the above matter be UNSEALED.

IT IS SO ORDERED.

Dated: __June 23, 2021__                            /s/ *Barbara A. McAuliffe*
                                                                      UNITED STATES MAGISTRATE JUDGE