PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. THOMAS PATRICK DAY, Defendant. | Case No. 1:21-cr-00164-DAD-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER<br><br>DATE: September 8, 2021<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for September 8, 2021, at 1:00 p.m., may be continued until October 13, 2021, at 1:00 p.m., before the Honorable Barbara A. McAuliffe.  The government has produced discovery to defense counsel.  Defense counsel has further investigation to perform in this case.  The parties agree that time under the Speedy Trial Act shall be excluded through October 13, 2021, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

///

1  ///

2  The parties will further agree that the ends of justice served by taking this action outweigh the

3  best interests of the public and of the Defendant to a speedy trial.

5  Dated:  September 1, 2021     */s/ Benjamin Gerson*
                                  BENJAMIN GERSON
6                                 Counsel for Defendant Thomas Day

8  Dated:  September 1, 2021     */s/ Joseph Barton*
                                  JOSEPH BARTON
9                                 Assistant United States Attorney

PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 1:21-cr-00164-DAD-BAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| THOMAS PATRICK DAY, | |
| Defendant. | |

**ORDER**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for September 8, 2021, at 1:00 p.m. is continued until **October 13, 2021, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through October 13, 2021, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: __September 1, 2021__          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE