PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00164-DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | |
| THOMAS PATRICK DAY, | DATE: October 13, 2021<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Barbara A. McAuliffe |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for October 13, 2021, at 1:00 p.m., may be continued until January 26, 2022, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced discovery to defense counsel. Defense counsel has further investigation to perform in this case. The parties agree that time under the Speedy Trial Act shall be excluded through January 26, 2022, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

The parties will further agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  October 5, 2021        */s/ Benjamin Gerson*
                               Benjamin Gerson
                               Counsel for Defendant Thomas Patrick Day

Dated:  October 5, 2021        */s/ Joseph Barton*
                               JOSEPH BARTON
                               Assistant United States Attorney

PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:21-cr-00164-DAD-BAM |
| Plaintiff, | ORDER |
| v. | |
| THOMAS PATRICK DAY, | |
| Defendant. | |

**ORDER**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for October 13, 2021, is continued until **January 26, 2022, at 1:00 p.m., before the Honorable Barbara A. McAuliffe.** The period through January 26, 2022, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **October 6, 2021**         /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE