PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. THOMAS PATRICK DAY, Defendant. | Case No. 1:21-CR-00164-DAD-BAM STIPULATION TO SET CHANGE OF PLEA AND VACATE STATUS CONFERENCE; AND ORDER DATE: April 13, 2022 TIME: 1:00 p.m. JUDGE: Hon. Barbara A. McAuliffe |

The parties have filed a signed Plea Agreement to resolve this case. Accordingly, IT IS HEREBY STIPULATED between the parties that the case can be set for a Change of Plea hearing before the Honorable Dale A. Drozd on March 28, 2022, at 9:00 a.m. The Parties have confirmed this date with the Court. The Status Conference that is scheduled for April 13, 2022, before the Honorable Barbara A. McAuliffe can be vacated.

Time under the Speedy Trial Act has already been excluded through April 13, 2022. Therefore, there is no need for a further time exclusion.

///

///

Dated:  March 17, 2022

*/s/ Michael Berdinella*
MICHAEL BERDINELLA
Counsel for Thomas Patrick Day

Dated:  March 17, 2022

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-CR-00164-DAD-BAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| THOMAS PATRICK DAY, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, this Court sets this case for a Change of Plea hearing on **March 28, 2022, at 9:00 a.m., before the Honorable Dale A. Drozd**. The Status Conference scheduled for April 13, 2022, before the Honorable Barbara A. McAuliffe is vacated.

IT IS SO ORDERED.

Dated: __March 17, 2022__         /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE