ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>THOMAS DAY<br><br>        Defendant. | CASE NO. 1:21-CR-164 ADA<br><br>UNITED STATES' MOTION AND ORDER TO UNSEAL TSR VIOLATION PETITION |

The United States hereby moves this Court to unseal the TSR Violation Petition for the above-captioned case, as the defendant has been arrested in the Southern District of California and is due to to make his initial appearance on November 10, 2025. Therefore, the Petition must be unsealed in order to advise the defendant in open court of the charges against him.

DATED: November 10, 2025                                        Respectfully submitted,

                                                                ERIC GRANT
                                                                United States Attorney

                                                                 /s/ *Robert L. Veneman-Hughes*
                                                                ROBERT L. VENEMAN-HUGHES
                                                                Assistant United States Attorney

1

ORDER

Upon motion of the United States and for good cause as set forth above, the TSR Violation Petition is ordered UNSEALED.

IT IS SO ORDERED.

Dated: **November 10, 2025**             /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE